UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 08-CR-20063 |
| ) | |
| DEANDRE R. HAMPTON, ) | |
| ) | |
| Defendant. ) | |

## OPINION

On July 27, 2009, Defendant, Deandre R. Hampton, filed a pro se Notice of Interlocutory Appeal (#25). Defendant is attempting to appeal from this court's ruling on July 21, 2009, denying Defendant's pro se Motion to Terminate Defendant Attorney and Remand Back to State Court due to Lack of Federal Jurisdiction (#20). This court already explained to Defendant, at the hearing on July 21, 2009, that he could not appeal this court's ruling until after the conclusion of his case.

"Appellate jurisdiction is generally limited to review of 'final decisions' by the district courts." United States v. Ewing, 494 F.3d 607, 614 (7th Cir. 2007), citing 28 U.S.C. § 1291. This limitation "embodies a strong congressional policy against piecemeal reviews, and against obstructing or impeding an ongoing judicial proceeding by interlocutory appeals." Ewing, 494 F.3d at 614, quoting United States v. Nixon, 418 U.S. 683, 690 (1974). "In the criminal context, the general rule is that an appeal may not be taken until a sentence has been imposed." Ewing, 494 F.3d at 614.

Defendant's situation does not fall within any exception to the general rule in a criminal case that an appeal may not be taken until a sentence has been imposed. In fact, it is clear to this court that Defendant is attempting to obstruct and impede the judicial proceeding against him by filing a thoroughly frivolous pro se motion and then filing a notice of interlocutory appeal from the denial

of his frivolous motion.  Defendant's attempt to obstruct and impede these proceedings will not be successful.

      IT IS THEREFORE ORDERED THAT:

      (1) Defendant's pro se Notice of Interlocutory Appeal (#25) is hereby STRICKEN by this court.

      (2) This case remains scheduled for jury selection and jury trial on August 3, 2009, at 9:00 a.m.

      ENTERED this 29th day of July, 2009

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE